Harris v Rome Mem. Hosp. (2023 NY Slip Op 04277)

Harris v Rome Mem. Hosp.

2023 NY Slip Op 04277

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

483 CA 22-01512

[*1]EMMETT HARRIS, PLAINTIFF-RESPONDENT,
v
ROME MEMORIAL HOSPITAL, ET AL., DEFENDANTS, JOHN ELLIS, M.D., INDIVIDUALLY AND AS AN AGENT, OFFICER AND/OR EMPLOYEE OF ROME MEDICAL RADIOLOGY, DOING BUSINESS AS RADIOLOGY ASSOCIATES OF NEW HARTFORD, LLP AND RADIOLOGY ASSOCIATES OF NEW HARTFORD, LLP, DEFENDANTS-APPELLANTS. (APPEAL NO. 5.) 

MARTIN, GANOTIS, BROWN, MOULD & CURRIE, P.C., DEWITT (CAYLEY M. YOUNG OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
CHERUNDOLO LAW FIRM, PLLC, SYRACUSE (JOHN C. CHERUNDOLO OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Scott J. DelConte, J.), rendered September 21, 2022. The order denied the motion of defendants John Ellis, M.D. and Radiology Associates of New Hartford, LLP to compel plaintiff to accept service of their bill of particulars. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Harris v Rome Mem. Hosp. ([appeal No. 1]
— AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court